IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAULA FRENCH,

        Plaintiff,                No. 2:12-0792 CKD PS

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.           <u>ORDER</u>

                            /

        By order filed March 30, 2012, plaintiff was directed to file a consent/decline to consent form within ninety days. Plaintiff has failed to timely file the requisite form.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court is directed to serve plaintiff with a copy of the consent/decline to consent form used in social security cases.

        2. No later than August 17, 2012, plaintiff shall file the consent/decline to consent form.

/////

/////

/////

1

3. Plaintiff is reminded that under the scheduling order, plaintiff's motion for summary judgment must be filed within forty-five days of the July 2, 2012 lodging of the administrative transcript.

Dated: July 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 french.0792.consent.ss