1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAULA FRENCH,

11           Plaintiff,                      No. 2:12-0792 CKD PS

12       vs.

13
     MICHAEL J. ASTRUE,
14   Commissioner of Social Security,

15           Defendant.                      ORDER

16   _____/

17           By order filed March 30, 2012, plaintiff was directed to file a consent/decline to

18   consent form within ninety days.  Plaintiff has failed to timely file the requisite form.

19           Accordingly, IT IS HEREBY ORDERED that:

20           1.  The Clerk of Court is directed to serve plaintiff with a copy of the

21   consent/decline to consent form used in social security cases.

22           2.  No later than August 17, 2012, plaintiff shall file the consent/decline to

23   consent form.

24   /////

25   /////

26   /////

                                             1

1          3.  Plaintiff is reminded that under the scheduling order, plaintiff's motion for

2     summary judgment must be filed within forty-five days of the July 2, 2012 lodging of the

3     administrative transcript.

4     Dated: July 27, 2012

5     _____

6     CAROLYN K. DELANEY
      UNITED STATES MAGISTRATE JUDGE

7

8     4 french.0792.consent.ss

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26